USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/9/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIANA MELO; K.M.R.; A.R.,

                      Plaintiffs,

           -against-

EASTCHESTER UNION FREE SCHOOL
DISTRICT; RONI VALENTIN,
SUPERINTENDENT, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; JILL POST,
DIRECTOR OF SPECIAL EDUCATION, IN
HER OFFICIAL AND INDIVIDUAL
CAPACITIES; KRISTENE REICHARD,
TRANSPORTATION SUPERVISOR, IN HER
OFFICIAL AND INDIVIDUAL CAPACITIES;
JUDITH T. KRAMER, IMPARTIAL HEARING
OFFICER, IN HER INDIVIDUAL CAPACITY;
MICHAEL LAMBERT, ESQ., DISTRICT
COUNSEL, IN HIS INDIVIDUAL CAPACITY;
JOHN DOES 1-10,

                      Defendants.

26-CV-928 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff filed this *pro se* complaint, on behalf of herself and her two minor children,

against the Eastchester Union Free School District and individual defendants, pursuant to the

Individuals with Disabilities Education Act; the Americans with Disabilities Act; Section 504 of

the Rehabilitation Act; 42 U.S.C. § 1983; and other federal and state statutes. Plaintiff does not

provide service addresses for Defendants. By order dated February 9, 2026, the Court granted

Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

**DISCUSSION**

**A.    ORDER OF SERVICE ON EASTCHESTER UNION FREE SCHOOL DISTRICT**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant Eastchester Union Free School District (EUFSD) through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for EUFSD. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon EUFSD. If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have serve the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

**B.     VALENTIN ORDER AS TO THE OTHER DEFENDANTS**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Plaintiff does not provide service addresses for the individual defendants. It is therefore ordered that EUFSD provide service addresses for each individual Defendant whom Plaintiff seeks to sue here. EUFSD must provide this information to Plaintiff and the Court within sixty days of the date of this order. Upon receiving this information, Court will issue a follow up order of service.

## CONCLUSION

The Clerk of Court is instructed to: (1) issue a summons for the Eastchester Union Free School District, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service; (2) mail a copy of this order and the complaint to: the Eastchester Union Free School District, 580 White Plains Rd., Eastchester, N.Y. 10709; and (3) mail an information package and a copy of this Order to Plaintiff and show service on the docket.

Dated: March 9, 2026                            NELSON S. ROMÁN
White Plains, New York                       United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

Eastchester Union Free School District
580 White Plains Road
New York, N.Y. 10709