USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/23/2026

SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

July 21, 2026

**Via ECF**
Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Luciana Melo, et al. v. Eastchester Union Free School District, et al.*
Docket No.: 26-cv-928 (NSR)

Dear Judge Román:

We represent the Defendants, Eastchester Union Free School District ("the District"), Ronald Valenti (incorrectly sued herein as Roni Valentin), Jill Post, and Kristene Reichard (collectively, "District Defendants"), in the above-referenced matter. We are writing to request an extension of the deadline for any motion to dismiss the Complaint in this matter and to be forthright regarding an advertent error in review of the docket.

As your Honor will recall, we previously filed a pre-motion conference request regarding an anticipated motion to dismiss pursuant to Rules 12(b)(1), (2), (5), and (6) of the Federal Rules of Civil Procedure. Your Honor dispensed of the pre-motion conference requirement and ordered a briefing schedule that includes service of the District Defendants' motion by July 24, 2026. Plaintiff did not respond to the pre-motion conference request.

MEMO ENDORSED

*See* Pg. 2

When, the District was served, it was served with a Summons directed at the District and the Complaint, and a request for acknowledgment of service via mail directed at the District. The individual District Defendants were not served, as raised in our pre-motion conference request, and we intended to move for dismissal of the claims against them due to lack of personal service and jurisdiction, among other grounds. Summonses have not been issued as to the individual District Defendants. It is also our understanding that the other individually named Defendants have also not been served yet.

While we conducted an initial review of the docket upon appearance for the District Defendants and saw there was an Order of Service by the Court, we inadvertently missed that the District was to provide addresses for the individual defendants. In reviewing the docket again in full in preparation to draft the anticipated motion to dismiss, we reviewed again all Orders and activity and noticed that the District was to provide addresses for the individual defendants.

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com

We are prepared to provide such addresses to Plaintiff by next week. However, since a portion of our motion was anticipated to seek dismissal of claims against the individual District Defendants for lack of service and personal jurisdiction, it seems that it would be more efficient and most fair to Plaintiff hold the motion in abeyance until a sufficient amount of time after the addresses are provided to Plaintiff. This will hopefully eliminate any confusion, delay caused by an extension of time to serve after briefing of the motion, and burdening the Court with arguments regarding personal jurisdiction that could possibly be addressed prior to the motion.

Accordingly, we respectfully request that the District be permitted to provide the last known addresses of the individual Defendants by July 28, 2026 and that the motion to dismiss, or any Answer, to the Complaint by District Defendants be held in abeyance until a Court-determined amount of time to allow Plaintiff time to complete service.

We greatly appreciate the Court's time and attention.

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: Caroline B. Lineen

Caroline B. Lineen
Attorneys for Defendants, Eastchester UFSD, Valenti, Post, and Reichard
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601

TO: VIA EMAIL AND FIRST CLASS MAIL
Luciana Melo
60 Cresent Place, Apt. 3H
Tuckahoe, NY 10707
Luci.luciana.melo@gmail.com

**The Court grants the District Defendants' request. The District Defendants shall provide Plaintiff with the last known addresses of the individually named District Defendants no later than July 28, 2026. The District Defendants' deadline to answer or otherwise respond to the Complaint is held in abeyance pending Plaintiff's opportunity to effect service on the individual defendants. The parties are directed to file a joint status report no later than August 18, 2026, regarding the status of service, at which time the Court will determine an appropriate briefing schedule. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.**

SO ORDERED:

**Dated: July 23, 2026**
**White Plains, NY**

NELSON S. ROMÁN
United States District Judge