UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIANA MELO,

Plaintiff,

-against-

EASTCHESTER UNION FREE SCHOOL DISTRICT ET AL.,

Defendants.

26-CV-928 (NSR)

SUPPLEMENTAL ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff Luciana Melo brings this action *pro se* asserting violations of the Individuals with Disabilities Education Act on behalf of her minor children. (*See* Complaint, ECF No. 1.) In her Complaint, she sued: (1) the Eastchester Union Free School District ("EUSFD"); (2) Ronald Valenti (sued as Roni Valentin); (3) Jill Post; (4) Kristine Reichard; (5) Judith T. Kramer; (6) Michael Lambert, Esq. and (7) John Does 1-10 (collectively, the "District Defendants"). (*Id.*)

By order dated February 9, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. (ECF No. 6.) By Order of Service dated March 9, 2026, the Court ordered service on EUFSD and directed EUFSD to provide the service addresses of the named individual defendants pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997). (ECF No. 8.) By order dated July 23, 2026, the Court again directed EUFSD to provide the service addresses of the named individual defendants and held in abeyance the District Defendants' deadline to answer or otherwise respond to the Complaint. (ECF No. 16.) On July 28, 2026, EUFSD provided the service addresses of the named individual defendants. (ECF No. 20.)

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process ... in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the named individual defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants. If the Amended Complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension). Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants (1) Ronald Valenti, (sued as Roni Valentin); (2) Jill Post; (3) Kristine Reichard; (4) Judith T. Kramer; (5) Michael Lambert, Esq., complete the USM-285 form with the address for each Defendant, and deliver all

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 60 days after the date any summonses issue.

documents, including the Complaint (ECF No. 1), necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to terminate the motion at ECF No. 22.

Dated: August 13, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Dr. Ronald Valenti
   10 Magnolia Drive
   Rye Brook, NY 10573

2. Jill Post
   49 Clayton Road, Apt. 411
   Baldwin Place, NY 10505

3. Kristene Reichard
   24 Manor Lane
   Verplanck, NY 10596

4. Michael Lambert, Esq.
   Keane & Beane
   445 Hamilton Avenue, Suite 1500
   White Plains, NY 10601

5. Judith T. Kramer
   101 Plymouth Avenue
   Maplewood, NJ, 07040